AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Heather Mary Christine Donnelly | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-CV-15-1136 |
| Tipton County SHeriff's Dept. Et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heather Mary Christine Donnelly    .

Date:   07/20/2015

/s/  Blake N. Dahl
*Attorney's signature*

Blake N. Dahl   30576-64
*Printed name and bar number*

BMO-Harris Bank Building, Suite One
750 South Washington Street.
Valparaiso, IN 46383
*Address*

bdahl@fwgpc.com
*E-mail address*

(219) 462-2460
*Telephone number*

(866) 462-6197
*FAX number*