# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| Heather Mary Christine Donnelly ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Cause No:  1:15-CV-1136-TWP-MJD |
| ) | |
| Tipton County Sheriff's Dept., Et. Al. ) | |
| *Defendants.* ) | |

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

| | | |
|---|---|---|
| *Tipton County Sheriff's Dept* | *Matt Deckard* | *Jeff Letzinger* |
| 121 West Madison Street | 121 West Madison Street | 121 West Madison Street |
| Tipton, IN 46072 | Tipton, IN 46072 | Tipton, IN 46072 |
| | | |
| *Tipton County Indiana* | *Dave Campbell* | *Travis Rhoades* |
| 101 East Jefferson Street | 121 West Madison Street | 121 West Madison Street |
| Tipton, IN 46072 | Tipton, IN 46072 | Tipton, IN 46072 |
| | | |
| *John Moses* | *Scott Bridge* | *Steven Cox* |
| 121 West Madison Street | 121 West Madison Street | PO Box 211 |
| Tipton, IN 46072 | Tipton, IN 46072 | Sharpsville, IN  46068 |

*Curtiss Montgomery*
429 Columbia Ave
Tipton, IN 46072-1224

   A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

*Bruce A. Carr   &   Blake N. Dahl*
*88 E. U.S. Highway 6*
*Valparaiso, IN 46383*

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT,* Laura A. Briggs

BY: _____
        *Deputy Clerk*

Date: ____7/21/2015_____

Civil Summons (Page 2)

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                       *Server's Signature*


                                       _____
                                       *Printed name and title*


                                       _____
                                       *Server's address*

Additional information regarding attempted service, etc.