# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

HEATHER MARY CHRISTINE DONNELLY,  )
                Plaintiff,  )
      vs.  )    1:15-cv-01136-TWP-MJD
TIPTON COUNTY SHERIFF'S DEPARTMENT, )
TIPTON COUNTY, INDIANA,  )
JOHN MOSES, KURTIS MONTGOMERY,  )
MATTHEW DECKARD, DAVID CAMPBELL,  )
SCOTT E. BRIDGE, JEFFERY D. LETZINER,  )
TRAVIS RHOADES, STEVE COX, and  )
TIPTCON COUNTY JAIL,  )
                Defendants.  )

**To the Clerk of this court and all parties of record:**

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  **Tipton County Sheriff's Department, Tipton County, Indiana, John Moses, Curtis Montgomery, Matthew Deckard, David Campbell, Scott E. Bridge, Jeffery D. Letzinger, Travis Rhoades, and Tipton County Jail.**

  August 12, 2015             /s/ Matthew L. Hinkle
*Date*                              *Signature*
                                  Matthew L. Hinkle       # 19396-29
                                  *Print Name*          *Bar Number*
                                  255 E. Carmel Drive
                                  *Address*
                                  Carmel     IN     46032-2689
                                  *City*          *State  Zip Code*
                                  (317) 844-4693       (317) 573-5385
                                  *Phone Number*          *Fax Number*
                                  mhinkle@chwlaw.com
                                  *Email*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>**August 12, 2015**</u>, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system, and via email directly to counsel.  Parties may access this filing through the Court's system.

Blake N. Dahl
**FRED W. GRADY & ASSOCIATES, P.C.**
bdahl@fwgpc.com

                                                    /s/ Matthew L. Hinkle                
                                                  Matthew L. Hinkle      # 19396-29


**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 - Telephone
(317) 573-5385 - Facsimile
Email: mhinkle@chwlaw.com