# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER MARY CHRISTINE DONNELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 1:15-cv-01136-TWP-MJD |
| ) | |
| TIPTON COUNTY SHERIFF'S DEPARTMENT, ) | |
| TIPTON COUNTY, INDIANA, ) | |
| JOHN MOSES, CURTIS MONTGOMERY, ) | |
| MATTHEW DECKARD, DAVID CAMPBELL, ) | |
| SCOTT E. BRIDGE, JEFFERY D. LETZINER, ) | |
| TRAVIS RHOADES, STEVE COX, and ) | |
| TIPTCON COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME

Pursuant to Local Rule 6-1(b) of the U.S. District Court for the Southern District of Indiana, Defendants, Tipton County Sheriff's Department, Tipton County, Indiana, Matthew Deckard, Scott E. Bridge, Jeffery D. Letzinger, and Tipton County Jail, by counsel, respectfully file this Notice of Initial Extension of Time to respond to Plaintiff's Complaint.

1. Plaintiff filed her Complaint on July 20, 2015.

2. Tipton County Sheriff's Department, Tipton County, Indiana, Matthew Deckard, Scott E. Bridge, Jeffery D. Letzinger, and Tipton County Jail were served on or about July 23, 2015; therefore, their responsive pleading is due on or about August 14, 2015.

3. The other defendants who once were or continue to have some affiliation with Tipton County have not been served.[1]

4. This deadline has not previously been extended.

5. Plaintiff's counsel has been contacted and has no objection to granting Defendants, Tipton County Sheriff's Department, Tipton County, Indiana, Matthew Deckard, Scott E. Bridge, Jeffery D. Letzinger, and Tipton County Jail an initial twenty-eight (28) day extension of time, through and including September 11, 2015, to file a responsive pleading.

6. Pursuant to L.R. 6-1(b), no further action of the Court is necessary for said extension and Defendants, Tipton County Sheriff's Department, Tipton County, Indiana, Matthew Deckard, Scott E. Bridge, Jeffery D. Letzinger, and Tipton County Jail's responsive pleading(s) are now due on September 11, 2015.

WHEREFORE, Defendants, Tipton County Sheriff's Department, Tipton County, Indiana, Matthew Deckard, Scott E. Bridge, Jeffery D. Letzinger, and Tipton County Jail, by counsel, file this Notice of Initial Extension of Time to respond to Plaintiff's Complaint, extending the deadline to September 11, 2015.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

/s/ Matthew L. Hinkle
Matthew L. Hinkle, #19396-29
Brandi A. Gibson, #26373-29
*Attorneys for Defendants*

---

[1] Notwithstanding this lack of service and without waiving any jurisdictional defenses, undersigned counsel have entered their appearances for Curtis Montgomery, John Moses, David Campbell, and Travis Rhoades. Plaintiff erroneously identified Defendant Montgomery in her Complaint as a bail bondsman. If Plaintiff issues waivers of service for Montgomery, Moses, and Campbell pursuant FRCP 4(d) then undersigned counsel will endeavor to obtain executed waivers of service, however, it should be noted that Travis Rhoades is on military leave and thus far unavailable.

## CERTIFICATE OF SERVICE

      I hereby certify that on the **August 12, 2015**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Blake N. Dahl
**FRED W. GRADY & ASSOCIATES, P.C.**
bdahl@fwgpc.com

      /s/ Matthew L. Hinkle
      Matthew L. Hinkle, #19396-29
      Brandi A. Gibson, #26373-29

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 - telephone
(317) 573-5385 - facsimile
Email: mhinkle@chwlaw.com
       bgibson@chwlaw.com

L:\HCC (Midwest Claims)\Donnelly v. Tipton Co. (11609.306)\Pleadings\Notice of Automatic Initial Extension.docx