UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER MARY CHRISTINE DONNELLY, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No.: 1:15-cv-01136-TWP-MJD |
| TIPTON COUNTY SHERIFF'S DEPARTMENT, | ) |
| TIPTON COUNTY, INDIANA, | ) |
| JOHN MOSES, KURTIS MONTGOMERY, | ) |
| MATTHEW DECKARD, DAVID CAMPBELL, | ) |
| SCOTT E. BRIDGE, JEFFERY D. LETZINER, | ) |
| TRAVIS RHOADES, STEVE COX, and | ) |
| TIPTON COUNTY JAIL, | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, by their respective counsel, have filed their Stipulation of Dismissal with Prejudice.

IT IS, THEREFORE, ORDERED that the matter is hereby DISMISSED as asserted against Defendants Tipton County Sheriff's Department and Tipton County, Indiana, with prejudice, pursuant to the terms of the settlement agreement. Costs paid.

DATED: 5/25/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

As per L.R. 5.5(d):

➢ Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.